## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| In re: | * | |
| | * | CASE NO. 19-11026-BFK |
| CHANTHAVY RATTANA | * | |
| | * | |
| Debtor | * | CHAPTER 13 |

## NOTICE OF HEARING

Debtor Chanthavy Rattana, by and through his undersigned counsel, Jeremy Huang, has filed an Objection to Proof of Claim 6-1 of Wells Fargo Bank, N.A. and is seeking an Order partially disallowing the claim.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may which to consult one.)

If you do not wish the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before **5** business days before the hearing date, you or your attorney must:

File with the Court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served within five (5) business days before the scheduled hearing date, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the deadline stated above.

You must also mail a copy to the persons listed below:

Thomas Gorman, Esquire
CHAPTER 13 TRUSTEE
300 N. Washington St., Suite 400
Alexandria, Virginia 22314

UNITED STATES TRUSTEE
115 South Union Street, Suite 210
Alexandria, Virginia 22314

If a timely response is filed, a hearing will be held on October 3, 2019 at 1:30 p.m. The hearing will take place at the U.S. Bankruptcy Court, located at 200 South Washington Street, 2nd Floor, Courtroom I, Alexandria, VA 22314. If no timely response has been filed opposing the relief requested, the Court may grant the relief without holding a hearing.

      If you or your attorney do not take steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated this 18th day of September 2019

**/s/ Jeremy C. Huang**
Jeremy C. Huang, VSB 76861
10615 Judicial Dr., Suite 102
Fairfax, VA 22030
703-755-0214 / 571-285-0065
jhuang@lawfirmvirginia.com