**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In re: | * |
| | Case No. 19-11026-BFK |
| CHANTHAVY RATTANA | * |
| | Chapter 13 |
| Debtor | * |

**WITHDRAWAL**

COMES NOW Debtor and respectfully requests the Court withdraw his Objection to Proof of Claim #8 filed by Rushmore Loan Management Services, and for such other and further relief as is just and proper.

Respectfully submitted this 1st day of October 2019,

**/s/ Jeremy C. Huang**
Jeremy C. Huang, VSB #76861
10615 Judicial Dr., Suite 102
Fairfax, VA 22030
(T) 703-755-0214 | (F) 571-285-0065
jhuang@lawfirmvirginia.com

**CERTIFICATE OF SERVICE**

This is to certify that on this 1st day of October 2019, I caused the foregoing Withdrawal to be served via electronic delivery through the Court's ECF system to the Chapter 13 Trustee and the following persons:

John J. Chappell, III
Glasser and Glasser, P.L.C.
580 E. Main St., Suite 600
Norfolk, VA 23510
*Attorney for the Creditor*

**/s/ Jeremy C. Huang**