**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>CHANTHAVY RATTANA<br><br><br>Debtor | Chapter 13<br><br>Case No. 19-11026-BFK |

**MOTION TO DISMISS,
NOTICE OF MOTION TO DISMISS
AND
NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

> **Pursuant to 11 U.S.C. §1307(c)(6)** - Material default by Debtor as is reflected in the attached Trustee's Report of Receipts and Disbursements. Debtor has not made a Plan payment since March, 2020.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

*Attend the hearing to be held on October 8, 2020 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street,*

**Notice and Motion to Dismiss**
Chanthavy Rattana, Case #19-11026-BFK

*Alexandria, VA 22314.* If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

>Thomas P. Gorman
>300 North Washington Street, Ste. 400
>Alexandria, VA 22314

>Clerk of the Court
>United States Bankruptcy Court
>200 South Washington Street
>Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: __September 3, 2020_____          __/s/ Thomas P. Gorman_____
                                        Thomas P. Gorman
                                        Chapter 13 Trustee
                                        300 N. Washington Street, #400
                                        Alexandria, VA 22314
                                        (703) 836-2226
                                        VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 3rd day of September, 2020, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Chanthavy Rattana | Jeremy Calvin Huang , Esquire |
| Chapter 13 Debtor | Attorney for Debtor |
| 199 Old Centreville Rd. | Chadwick Washington |
| Manassas, VA 20111 | 3201 Jermantown Rd., Suite 600 |
| | Fairfax, VA 22030 |

                                        ___/s/ Thomas P. Gorman_____
                                        Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 09/03/2020

CASE NO: 19-11026-BFK
STATUS: ACTIVE

DEBTOR: XXX-XX-5785
RATTANA, CHANTHAVY
AKA:

DATE FILED: 03/31/2019
CONFIRMED: 12/03/2019
LATEST 341: 07/09/2019
PERCENTAGE: 100.000
PLAN: 63 MONTHS
1st PAYMENT DUE: 07/2019
ON SCHEDULE: 9,410.07
ACTUAL PAYMENTS: 6,969.43
AMOUNT BEHIND: 2,440.64

199 OLD CENTREVILLE RD.
MANASSAS, VA 20111

ATTORNEY: JEREMY CALVIN HUANG, ESQUIRE
CHADWICK WASHINGTON
3201 JERMANTOWN RD., SUITE 600
FAIRFAX, VA 22030
Phone: 703 352-1900 Fax: 703 352-5293

SCHEDULE: 900.17 MONTHLY
TOTAL PAID: 6,969.43

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 03/05/20 | THIPON SAVANH, INC | 900.17 |
| 02/03/20 | THIPON SAVANH, INC | 900.17 |
| 12/31/19 | THIPON SAVANH, INC | 900.17 |
| 12/03/19 | THIPON SAVANH, INC | 900.17 |
| 11/04/19 | THIPON SAVANH, INC | 900.17 |
| 10/02/19 | THIPON SAVANH, INC | 900.17 |
| 09/04/19 | THIPON SAVANH, INC | 900.17 |
| 07/26/19 | THIPON SAVANH, INC | 668.24 |

## DIRECT PAY

| CLAIM | CRED NO | CREDITOR NAME | DISB CODE | CLASS | ARREARS | FIXED PAYMENT | SCHED AMOUNT | PAID BY TRUSTEE | BALANCE DUE | CLAIM STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 009 | 344854 | TIMEPAYMENT CORPORATION LLC | PRO | UNS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 348799 | WELLS FARGO BANK, N.A. CLAIM AMENDED TO ZERO | PRO | SEC 100.00 | | 0.00 0.00 | 103,555.58 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 |
| 002 | 350355 | RUSHMORE LOAN MANGEMENT SERVIC ALLOW & PAY PER FILED CLAIM | FIX 03/2020 | SEC 100.00 | | 25.00 125.00 | 492.12 0.00 | 492.12 492.12 | 225.00 0.00 | 267.12 0.00 |
| 003 | 339784 | BANK OF AMERICA, N.A. | PRO 03/2020 | UNS 100.00 | | 0.00 0.00 | 13,948.04 13,637.00 | 13,948.04 13,948.04 | 1,823.52 0.00 | 12,124.52 0.00 |
| 004 | 349793 | CAPITAL ONE BANK USA, N.A. | PRO 03/2020 | UNS 100.00 | | 0.00 0.00 | 9,228.66 9,027.00 | 9,228.66 9,228.66 | 1,206.54 0.00 | 8,022.12 0.00 |
| 005 | 349793 | CAPITAL ONE BANK USA, N.A. | PRO 03/2020 | UNS 100.00 | | 0.00 0.00 | 9,064.04 8,859.00 | 9,064.04 9,064.04 | 1,185.01 0.00 | 7,879.03 0.00 |
| 006 | 313486 | DISCOVER BANK | PRO 03/2020 | UNS 100.00 | | 0.00 0.00 | 3,308.02 3,271.00 | 3,308.02 3,308.02 | 432.49 0.00 | 2,875.53 0.00 |
| 007 | 318644 | SIMM ASSOCIATES | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 536.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 008 | 340379 | TRANSWORLD SYSTEMS, INC. UNLISTED - NO RESP TO NOI | PRO 03/2020 | UNS 100.00 | | 0.00 0.00 | 539.78 0.00 | 539.78 539.78 | 70.59 0.00 | 469.19 0.00 |
| 010 | 349857 | CITIBANK, N.A. UNLISTED- COSTCO - NO RESP TO NOI | PRO 03/2020 | UNS 100.00 | | 0.00 0.00 | 12,617.60 0.00 | 12,617.60 12,617.60 | 1,650.19 0.00 | 10,967.41 0.00 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.

Case Power® 12.5

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 09/03/2020

CASE NO: 19-11026-BFK
STATUS: ACTIVE

DEBTOR: XXX-XX-5785
RATTANA, CHANTHAVY

SCHEDULE: 900.17 MONTHLY

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 799 | 325466 | JEREMY CALVIN HUANG, ESQUIRE | PRO | ATY 100.00 | | 0.00 0.00 | 1,350.00 1,350.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 |
| | | Trustee Administrative Fees | | | | | | 366.09 | 366.09 | |
| | | | | | TOTALS: | 25.00 125.00 | 154,103.84 36,680.00 | 49,564.35 49,564.35 | 6,959.43 0.00 | 42,604.92 0.00 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 1,350.00 | 0.00 | 0.00 | 35,330.00 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 0.00 | 0.00 | 492.12 | 48,706.14 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 0.00 | 0.00 | 225.00 | 6,368.34 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 0.00 | 0.00 | 267.12 | 42,337.80 | 0.00 | DUE CREDITORS: | 42,604.92 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 4,732.77 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 10.00 |
| BALANCE DUE: | 0.00 | 0.00 | 0.00 | 267.12 | 42,337.80 | 0.00 | APPROX BALANCE: | 47,327.69 |

\*\* Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                                                                              Case Power® 12.5