# UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

CHANTHAVY RATTANA

Debtor

Chapter 13

Case No. 19-11026-BFK

### OBJECTION TO CONFIRMATION OF MODIFIED PLAN, NOTICE OF OBJECTION TO CONFIRMATION OF MODIFIED PLAN AND NOTICE OF SCHEDULED HEARING ON THIS OBJECTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Modified Chapter 13 Plan filed November 18, 2020.  The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(a)(3) – Good Faith.**
- Inadequate notice of the proposed December 18, 2020 confirmation hearing date was given.

**Violation of 11 U.S.C. §1325(a)(6) – Feasibility.**
- Debtor has not been able to maintain Plan payments to date, and 100% Plan is underfunded as follows:

**PERFORMANCE:**

| | | |
|---|---:|---:|
| Amount of Plan Payment | 668.24 x 1 | = 668.24 |
| | 900.17 x 7 | = 6,301.19 |
| | 910.00 x 1 | = 910.00 |
| | 1,000.00 x 46 | = 46,000.00 |
| Number of Months | 55 | |
| | 0.00 | 0.00 |
| **Total Receipts** | | 53,879.43 |
| **Disbursements Required:** | | |
| Attorney | 0.00 | |
| Taxes-Other Priority | 0.00 | |
| Secured | 492.12 | |
| Unsecured | 48,706.14 | |
| Other | | |
| Trustee | 4,919.83 | 10% |
| **Total Disbursement** | | 54,118.09 |

**Notice of Objection To Confirmation**
Chanthavy Rattana, Case # 19-11026-BFK

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must mail a copy to the persons listed below.
>
> *Attend the hearing to be held on December 18, 2020 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.[1]* If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.
>
> A copy of any written response must be mailed to the following persons:
>
> > Thomas P. Gorman
> > 300 North Washington Street, Ste, 400
> > Alexandria, VA 22314
> >
> > Clerk of the Court
> > United States Bankruptcy Court
> > 200 South Washington Street
> > Alexandria, VA 22314

---

[1] Pursuant to the Bankruptcy Court's Protocol in response to COVID-19 Public Health Emergency, parties appearing for hearings shall appear telephonically at the hearing through the Court's CourtSolutions program http://www.court-solutions.com.

**Notice of Objection To Confirmation**
Chanthavy Rattana, Case # 19-11026-BFK

    If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _December 1, 2020_____            ___/s/ Thomas P. Gorman_____
                                                             Thomas P. Gorman
                                                             Chapter 13 Trustee
                                                             300 N. Washington Street, #400
                                                             Alexandria, VA 22314
                                                             (703) 836-2226
                                                             VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 1st day of December, 2020, served via ECF authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| Chanthavy Rattana | Jeremy Calvin Huang , Esquire |
| Chapter 13 Debtor | Attorney for Debtor |
| 199 Old Centreville Rd. | Chadwick Washington |
| Manassas, VA 20111 | 3201 Jermantown Rd., Suite 600 |
| | Fairfax, VA 22030 |

                                                             __/s/ Thomas P. Gorman_____
                                                             Thomas P. Gorman