UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGNIA
____Alexandria____ ▼ Division

In re:   Chanthavy Rattana

Case No. 19-11026-BFK
Chapter 13

Debtor(s)

## APPLICATION FOR SUPPLEMENTAL COMPENSATION
## OF ATTORNEY FOR DEBTOR(S)

____Jeremy C. Huang_____ applies for approval and payment of supplemental compensation (including reimbursement of expenses) as attorney for the debtor in the amount of $_470.00_____.

1. The period covered by this application is from _1/4/2021_____ through _2/18/2021_____.

2. Fees in the amount of $_1350.00_____ having previously been paid by the debtor(s) or approved for payment through the plan.

3. The attorneys and paralegals who provided services for which compensation is requested are as follows:

| Name of Attorney or Paralegal | Attorney ? (y/n) | Years in Practice | Hourly Rate | Hours | Total Fees |
|---|---|---|---|---|---|
| Jeremy C. Huang | y | 12 | 350 | 1.2 | 400 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

4. A summary of the services for which compensation is requested is as follows:

| Description of Services Rendered | Date of Service | Attorney hours | Paralegal hours | Total fees |
|---|---|---|---|---|
| Post-confirmation modification | 1/4/2021 | 0.6 |  | 250 |
| Defense of MTD | 1/4/2021 | 0.6 |  | 150 |
|  |  |  |  |  |

5. Fees and costs in the amount of $_20.00_____ have been written off in the exercise of billing discretion

6. Charges <u>have</u> (have/have not) been included for preparation and noticing of the fee application and any court appearances related to the application. (If included, the amount requested is $<u>70</u>.)

7. Detailed time records and records of actual and necessary expenses are attached as Exhibit A.

/s/ Jeremy C. Huang
Signature of applicant

Name, address, and telephone number:
Jeremy Huang
10615 Judicial Dr., Suite 102
Fairfax, VA 22030
703-755-0214

## Certificate of Service

I certify that I have this <u>2nd</u> day of <u>February</u>, 20<u>21</u>, transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system or by mail to the Debtor(s), Chapter 13 trustee, the United States trustee if other than by the electronic means, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court, a copy of which is attached.

/s/ Jeremy C. Huang

[ver. 08/01/14]