**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

In the Matter of:

CHANTHAVY RATTANA

Debtor

Chapter 13

Case No. 19-11026-BFK

**OBJECTION TO CLAIM
NOTICE OF OBJECTION TO CLAIM
AND
NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

To:  Rushmore Loan Management Services
PO Box 55004
Irvine, CA 92619-2708

Chanthavy Rattana
199 Old Centreville Rd.
Manassas, VA 20111

Robyn Danielle Pepin
Attorney for
UMB Bank, N.A. et al.
Glasser and Glasser, P.L.C.
Crown Center, Ste. 600
580 E. Main Street
Norfolk, VA 23510

Jeremy Calvin Huang, Esquire
Attorney for Debtor
Chadwick Washington
3201 Jermantown Rd.
Suite 600
Fairfax, VA 22030

Corporation Service Company
Registered Agent for
Rushmore Loan Management Services
100 Shockoe Slip Fl 2
Richmond, VA 23219

You have filed a claim in the amount of $7,228.00 (arrearage of $492.12) with a Court claim number of 8 in this Chapter 13 case.

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to your filed claim and asks that the remaining balance be disallowed as payments sent to the creditor have been returned with a letter stating that the loan has been paid in full (see attached).

**Your claim may be reduced, modified or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

Objection to Claim, page 2
19-11026-BFK, Chanthavy Rattana

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

***Attend the hearing to be held on April 8, 2021 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.[1]*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 300 North Washington Street, Ste. 400
> Alexandria, VA 22314
>
> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take these steps, the court will decide that you do not oppose objection to your claim.

Date: February 22, 2021                    ___/s/ Thomas P. Gorman _____
                                           Thomas P. Gorman
                                           Chapter 13 Trustee
                                           300 N. Washington St.; Ste. 400
                                           Alexandria, VA 22314
                                           (703) 836-2226
                                           VSB 26421

---

[1] Pursuant to the Bankruptcy Court's Protocol in response to COVID-19 Public Health Emergency, parties appearing for hearings shall appear via Zoom for Government and must pre-register and follow the procedures set forth at https://www.vaeb.uscourts.gov/wordpress/?page_id=9098.

Objection to Claim, page 3
19-11026-BFK, Chanthavy Rattana

# CERTIFICATE OF SERVICE

I hereby certify that I have this 22nd day of February, 2021, served via ECF to authorized users or mailed a true copy of the foregoing Objection to Claim, Notice of Objection, and Notice of Hearing to the parties listed in the heading hereof.

/s/ Thomas P. Gorman _____
Thomas P. Gorman



15480 Laguna Canyon Road
Suite 100
Irvine, CA 92618
888-699-5600 toll free
949-341-0777 local
949-341-2200 fax
www.rushmorelm.com

February 10, 2021

Thomas P. Gorman
Standing Chapter 13 Trustee
300 North Washington Street, #400
Alexandria, VA 22314

RE: N/A

To Whom It May Concern:

We are returning check #379098 in the amount of $25.00 due to the following reason(s):

☐ Checks not payable or endorsed to Rushmore Loan Management Services

☐ Unable to locate account number

☐ Stale dated check

☒ Other:  Paid in Full

If you have any questions, please contact our Customer Service Department at toll free 1-888-504-6700.

Thank you for your attention to this matter.

Sincerely,

Loan Servicing Department

