UNITED STATES BANKRUPTCY COURT

FOR THE

EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>CHANTHAVY RATTANA<br><br><br>Debtor | Chapter 13<br><br>Case No. 19-11026-BFK |

**MOTION TO DISMISS,**
**NOTICE OF MOTION TO DISMISS**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

**Pursuant to 11 U.S.C. §1307 and to Local Rule 3002.1-1**

- Trustee's Statement was filed on June 7, 2024 (Docket No. 97), and Debtor has not filed the certification required under L.R. 3002.1-1(A).

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1. Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before twenty-one days from the service of this notice. You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
Chanthavy Rattana, Case #19-11026-BFK

***Attend the hearing to be held on August 8, 2024 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 1414 Prince Street, Suite 202
> Alexandria, VA 22314
>
> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: __July 9, 2024_____                                        __/s/ Thomas P. Gorman_____
                                                                                     Thomas P. Gorman
                                                                                     Chapter 13 Trustee
                                                                                     1414 Prince Street, Suite 202
                                                                                     Alexandria, VA 22314
                                                                                     (703) 836-2226
                                                                                     VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 9th day of July, 2024, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Chanthavy Rattana | Jeremy Calvin Huang |
| Chapter 13 Debtor | Attorney for Debtor |
| 199 Old Centreville Rd. | 10615 Judicial Drive |
| Manassas, VA  20111 | Suite 102 |
| | Fairfax, VA  22030 |
| | ___/s/ Thomas P. Gorman_____ |
| | Thomas P. Gorman |